IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CV146-SCR-WCM

WILLY WENDER ACEITUNO,
YOSHI CUENCA VILLAMAR,
RUBEN ARGUERA LOPEZ,
EDWIN GODINEZ, and
YAIR ALEXANDER NAPOLES, on behalf
of themselves and others similarly
situated,

      Plaintiffs,

      v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; MARKWAYNE MULLEN[1] in
his official capacity as Secretary of
Homeland Security; U.S. CUSTOMS AND
BORDER PROTECTION; RODNEY S.
SCOTT, in his official capacity as
Commissioner of Customs & Border
Protection; U.S. BORDER PATROL,
MICHAEL W. BANKS, in his official
capacity as Chief of U.S. Border Patrol;
TODD LYONS, in his official capacity as
Senior Official Performing the Duties of
the Director of Immigration and Customs
Enforcement; and SEAN GALLAGHER,
in his official capacity as U.S.
Immigration and Customs Enforcement
Field Office Director for Atlanta, Georgia,

      Defendants.

**MOTION FOR EXTENSION
OF TIME**

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Defendants give notice of the substitution of Markwayne Mullin, Secretary of Homeland Security for Kristi Noem.

1

The United States moves under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure to extend the time to respond to Plaintiff' Complaint by 60 days, or until July 7, 2026, for the following reasons.

1.      Plaintiffs filed their lengthy Complaint on February 24, 2026.  The United States was served on March 10, 2026, and its current deadline to respond is May 8, 2026.

2.      In their Complaint, Plaintiffs ask this Court to certify this case as a class action prosecuted on behalf of one class of plaintiffs and two subclasses of plaintiffs.  Plaintiffs also ask this Court for declaratory and permanent injunctive relief against three federal agencies, along with attorney's fees.

3.      Because of the nature of this action, which seeks to become a class-action lawsuit on behalf, according to Plaintiffs, of more than 425 individuals, it presents numerous legal and factual issues to which the United States will need to respond in an answer or other responsive pleading.  Drafting that response will require an extraordinary amount of time when compared with most responsive pleadings.

4.      The undersigned counsel has been assigned to represent the United States in this matter.  The undersigned is currently preparing to present two oral arguments before the Fourth Circuit next week, the second of which will be presented on May 8, the date the United States' responsive pleading in this matter is currently due.  Additionally, the undersigned has answers or other responsive

2

pleadings due in 11 other cases over the next seven weeks. In five of those cases, the United States has already received at least one extension of time.

5.     In order to enable the United States to present this Court with a responsive pleading that effectively and adequately responds to Plaintiffs' Complaint and in light of the undersigned's upcoming oral arguments and other deadlines, the United States respectfully requests an extension of 60 days in which to respond to Plaintiffs' Complaint. This extension would extend the United States' deadline to July 7, 2026.

6.     Plaintiffs' counsel objects to this extension request.

Respectfully submitted this 28th day of April, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/AMY E. RAY
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Telephone: (828) 271-4661
E-mail: Amy.Ray@usdoj.gov

3