IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CV146-SCR-WCM

WILLY WENDER ACEITUNO,
YOSHI CUENCA VILLAMAR,
RUBEN ARGUERA LOPEZ,
EDWIN GODINEZ, and
YAIR ALEXANDER NAPOLES, on behalf
of themselves and others similarly
situated,

      Plaintiffs,

      v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; MARKWAYNE MULLEN[1] in
his official capacity as Secretary of
Homeland Security; U.S. CUSTOMS AND
BORDER PROTECTION; RODNEY S.
SCOTT, in his official capacity as
Commissioner of Customs & Border
Protection; U.S. BORDER PATROL,
MICHAEL W. BANKS, in his official
capacity as Chief of U.S. Border Patrol;
TODD LYONS, in his official capacity as
Senior Official Performing the Duties of
the Director of Immigration and Customs
Enforcement; and SEAN GALLAGHER,
in his official capacity as U.S.
Immigration and Customs Enforcement
Field Office Director for Atlanta, Georgia,

      Defendants.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Defendants give notice of the substitution of Markwayne Mullin, Secretary of Homeland Security for Kristi Noem.

1

<u>**UNITED STATES' MOTION TO DISMISS**</u>

The United States moves to dismiss this action against its agencies and all defendants under Federal Rule of Civil Procedure 12(b)(1).  The United States describes the grounds and authorities supporting its motion to dismiss in the accompanying Memorandum of Law.

The United States respectfully requests that this Court grant this motion to dismiss this action.

Respectfully submitted this 8th day of June, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/AMY E. RAY
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Telephone: (828) 271-4661
Fax: (828) 271-4670
E-mail: Amy.Ray@usdoj.gov