# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

WILLY WENDER ACEITUNO, *et al.*,
on behalf of themselves and others
similarly situated,

     *Plaintiffs*,

    v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

     *Defendants.*

Civil Action No. 26-146

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully move the Court under Federal Rule of Civil Procedure 6(b)(1)(A) to extend the time to respond to Defendants' Motion to Dismiss by nine (9) days, to July 1, 2026. This Consent Motion is supported by good cause as follows.

1.    Defendants filed a Motion to Dismiss Plaintiffs' Complaint on June 8, 2026 (Dkt. No. 23). Plaintiffs' deadline to respond, under Local Rule 7.1(e), is June 22, 2025.

2.    Due to the press of other litigation deadlines, as well as the intervening federal holiday, Plaintiffs respectfully request an additional nine days to file their response. This short extension will not prejudice Defendants or the expeditious movement of the case.

1

3. Plaintiffs conferred with counsel for the Defendants regarding this request, who indicated that Defendants consent to the requested extension.

Plaintiffs respectfully request that this Court grant the requested extension of time and set the Plaintiffs' deadline to respond to Defendants Motion to Dismiss to July 1, 2026.

Dated: June 12, 2026

Respectfully submitted,

/s/ *Johanna M. Hickman*

Spencer Amdur**
Oscar Sarabia Roman**
**ACLU Foundation Immigrants' Rights Project**
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
samdur@aclu.org
osarabia@aclu.org

Kathryn Huddleston**
Lucia Goin**
**ACLU Foundation Immigrants' Rights Project**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org
lgoin@aclu.org

Jacob H. Sussman
NC Bar No. 31821
**Southern Coalition for Social Justice**
P.O. Box 51280
Durham, NC 27717
jsussman@scsj.org
T: (919) 323-3380 (ext. 129)


* Application to WDNC pending
**Admitted *Pro hac vice*

Kristi Graunke
NC Bar No. 51612
Corina Scott*
NC Bar No. 64573
Jaclyn Maffetore
NC Bar No.  50849
**ACLU of North Carolina Legal Foundation**
P.O. Box 28004
Raleigh, NC 27611
kgraunke@acluofnc.org
cscott@acluofnc.org
jmaffetore@acluofnc.org
T (Graunke): (919) 354-5066

Johanna M. Hickman**
DC Bar No. 981770
Adnan Perwez**
DC Bar No. 90027532
Steven Y. Bressler**
DC Bar No. 482492
Brian Netter**
DC Bar No. 979362
**Democracy Forward Foundation**
P.O. Box 34553
Washington, DC 20043
hhickman@democracyforward.org
aperwez@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org
T: (202) 448-9090