**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLY WENDER ACEITUNO, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | Civil Action No. 26-146 |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d), Willy Wender Aceituno, Yoshi Cuenca Villamar, Ruben Arguera Lopez, Edwin Godinez, Yair Alexander Napoles, and Fernando Vazquez Orea (collectively, "Plaintiffs") respectfully move the Court for leave to file the attached First Amended and Supplemental Class Action Complaint for Injunctive and Declaratory Relief ("First Amended and Supplemental Complaint"). Fed R. Civ. P. 15(a)(2) provides that a party may amend its pleading with the court's leave and that "[t]he court should freely give leave when justice so requires." Similarly, Fed. R. Civ. P. 15(d) permits supplemental pleadings "setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented" "on just terms." The standards used in ruling on a motion to amend or a motion to supplement are "nearly identical," and in either situation, "leave should be freely granted, and should be denied only where good reason exists . . . such as prejudice to the

defendants." *Franks v. Ross*, 313 F.3d 184, 198 n.15 (4th Cir. 2002) (cleaned up). Allowing Plaintiffs to file the First Amended and Supplemental Complaint would promote judicial efficiency and streamline their claims without prejudicing Defendants. Further, Plaintiffs' amendments and supplementations are proposed in good faith, without undue delay, and are not futile. Defendants, through counsel, consent to this Motion.

As explained in the accompanying memorandum, the updated pleading seeks to include information about ongoing immigration enforcement activity that has taken place since the filing of the original Complaint. Plaintiffs additionally seek to add a claim for relief under the Fourth Amendment and 7 U.S.C. §§ 704, 706(2)(B) for investigative stops by Defendants without reasonable suspicion. In light of this new claim, the updated pleading seeks to add a "Suspicionless Stops Class" consisting of persons who, since November 1, 2025, have been or will be subject to an investigatory stop for immigration purposes by DHS in North Carolina without reasonable suspicion that the person is in the United States in violation of civil immigration laws. Further, Fernando Vazquez Orea seeks to join the suit as a Plaintiff in light of the harms he is experiencing due to Defendants' ongoing enforcement of unlawful policies.

Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the attached First Amended and Supplemental Complaint.

Dated: September 25, 2026

Respectfully submitted,

<u>/s/ *Johanna M. Hickman*</u>


Lucia Goin*
Kathryn Huddleston*
**ACLU Foundation Immigrants' Rights Project**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
lgoin@aclu.org
khuddleston@aclu.org

Oscar Sarabia Roman*
Noelle Smith*
**ACLU Foundation Immigrants' Rights Project**
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
osarabia@aclu.org
nsmith@aclu.org

Jacob H. Sussman
NC Bar No. 31821
**Southern Coalition for Social Justice**
P.O. Box 51280
Durham, NC 27717
jsussman@scsj.org
T: (919) 323-3380 (ext. 129)


* Admitted *pro hac vice*


Corina Scott
NC Bar No. 64573
Kristi Graunke
NC Bar No. 51612
Jaclyn Maffetore
NC Bar No. 50849
**ACLU of North Carolina Legal Foundation**
P.O. Box 28004
Raleigh, NC 27611
cscott@acluofnc.org
kgraunke@acluofnc.org
jmaffetore@acluofnc.org
T (Scott): (919) 627-3309

Johanna M. Hickman*
DC Bar No. 981770
Adnan Perwez*
DC Bar No. 90027532
Steven Y. Bressler*
DC Bar No. 482492
Brian Netter*
DC Bar No. 979362
**Democracy Forward Foundation**
P.O. Box 34553
Washington, DC 20043
hhickman@democracyforward.org
aperwez@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org
T: (202) 448-9090


*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 25, 2026, the foregoing *Plaintiffs' Motion for Leave to File First Amended and Supplemental Complaint* was filed electronically with the Clerk of the United States District Court for the Western District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of the same to all counsel of record registered with the CM/ECF system.

This the 25th day of September 2026.

/s/ *Johanna M. Hickman*

Johanna M. Hickman

*Counsel for Plaintiffs*