**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLY WENDER ACEITUNO, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | Civil Action No. 26-146 |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND/OR STAY OF AGENCY ACTION**

Plaintiffs Willy Wender Aceituno, Yoshi Cuenca Villamar, Ruben Arguera Lopez, Edwin Godinez, Yair Napoles, and Fernando Vazquez Orea (collectively, "Plaintiffs") brought this action individually and on behalf of prospective classes, as defined in Plaintiffs' concurrently filed Motion for Class Certification pursuant to Fed. R. Civ. P. 23(b)(2). Plaintiffs move for preliminary relief on Counts II and III in the concurrently filed Amended Complaint.

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and 5 U.S.C. § 705, and for the reasons detailed in the accompanying brief, Plaintiffs move for a preliminary injunction and/or to stay agency action on behalf of themselves and similarly situated individuals who have been or will be subjected to Defendants' policies and practices of making warrantless immigration arrests without individualized determinations of probable cause as required by the Immigration and Nationality Act.

Plaintiffs are concurrently filing a Motion for Class Certification, seeking certification of the classes and subclasses set forth in the Amended Complaint. Given that Plaintiffs seek preliminary injunctive relief and/or a stay of agency action on behalf of the proposed Warrantless Arrests class and its Subclasses, the Court should, at minimum, provisionally certify the Warrantless Arrests Class and its Subclasses at this time, so that the Court may issue class-wide preliminary relief.

Plaintiffs are entitled to preliminary injunctive relief, or, in the alternative, a stay of Defendants' policies and practices of conducting warrantless immigration arrests without individualized determinations of probable cause. Plaintiffs will likely succeed in demonstrating that Defendants are enforcing unlawful policies and practices of arresting individuals without warrants and without probable cause that the arrestee is removable and poses an escape risk. Moreover, without an injunction, Plaintiffs and members of the proposed class will continue to suffer irreparable harm. The balance of equities weighs in Plaintiffs' favor; the public's interest is undoubtedly in having Defendants follow the law, and the requested relief in no way impedes lawful immigration arrests by Defendants. Plaintiffs also request either waiver or only a nominal bond upon grant of the preliminary injunction.

For the reasons specified here and in the accompanying memorandum of law and exhibits, Plaintiffs respectfully request that this Court grant the motion for preliminary relief.

Dated: October 1, 2026

Respectfully submitted,

/s/ *Corina Scott*

Corina Scott
NC Bar No. 64573
Kristi Graunke
NC Bar No. 51216
Jaclyn Maffetore
NC Bar No. 50849
**ACLU of North Carolina Legal Foundation**
P.O. Box 28004
Raleigh, NC 27611
cscott@acluofnc.org
kgraunke@acluofnc.org
jmaffetore@acluofnc.org
T: (919) 627-3309

Johanna M. Hickman*
DC Bar No. 981770
Adnan Perwez*
DC Bar No. 90027532
Steven Y. Bressler*
DC Bar No. 482492
Brian Netter*
DC Bar No. 979362
**Democracy Forward Foundation**
P.O. Box 34553
Washington, DC 20043
hhickman@democracyforward.org
aperwez@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org
T: (202) 448-9090

Lucia Goin*
Kathryn Huddleston*
**ACLU Foundation**
**Immigrants' Rights Project**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
lgoin@aclu.org
khuddleston@aclu.org

Oscar Sarabia Roman*
Noelle Smith*
**ACLU Foundation**
**Immigrants' Rights Project**
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
osarabia@aclu.org
nsmith@aclu.org

Jacob H. Sussman
NC Bar No. 31821
**Southern Coalition for Social Justice**
P.O. Box 51280
Durham, NC 27717
jsussman@scsj.org
T: (919) 323-3380 (ext. 129)

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF CONSULTATION**

Pursuant to LR 7.1(b), I certify that on September 21, 2026, counsel for Plaintiffs conferred with counsel for Defendants via email to notify them of Plaintiffs' intent to file the instant Motion and to inquire whether the relief sought in this action would be possible without judicial intervention. On September 23, 2026, Defendants indicated that they do not foresee a resolution in this matter without judicial intervention and indicated that they oppose this Motion.

Respectfully submitted this the 1st day of October, 2026.

*/s/ Corina Scott*
Corina Scott
cscott@acluofnc.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will effect service on all counsel of record.

Respectfully submitted this the 1st day of October, 2026.


*/s/ Corina Scott*
Corina Scott
cscott@acluofnc.org

*Counsel for Plaintiffs*