# Exhibit 20

**IN THE UNITED STATES DISTRICT COURT**
**FOR WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLY WENDER ACEITUNO, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-146 |

**<u>DECLARATION OF DAVID REBOLLOSO</u>**

I, David Rebolloso, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is David Rebolloso. I am a United States citizen.
2. My father was born in Mexico. My mother, who was part Sioux, was born in Texas. They married in Mexico and then moved to the Rio Grande Valley in Brownsville, Texas, where I was born and raised.
3. My family worked as migrant farmworkers, traveling across the United States from Texas to California to Florida.
4. I proudly served 20 years in the U.S. Air Force.
5. I spent over 30 years working in the medical field as a Certified Histotechnologist, ultimately earning a degree in Healthcare Management. I retired from that field of work about 10 years ago.

6. After living in Apex, North Carolina, for many years, I moved to Charlotte, where I launched a cleaning company called Ambient Services LLC.
7. Approximately nine years ago, I opened a laundromat on North Tryon Street. I opened a second laundromat over one year ago.
8. The first laundromat is in the El Mariachi shopping center on North Tryon Street in East Charlotte, an area with many Latino residents. The laundromat and the shopping center have many Latino patrons. Other nearby businesses include El Mariachi Supermercado y Restaurante, Panaderia Odalys, Paleteria Mich Tocumbo, and Emely's.
9. On November 16, 2025, I was heading to work when my wife and stepdaughter called me from the laundromat on North Tryon Street. They were crying and quite frantic. They told me that uniformed and masked immigration agents were indiscriminately detaining people in and around the parking lot of the El Mariachi shopping center, as well as up and down North Tryon Street.
10. While I do not know the status of every customer who uses my laundromat, I know that many are U.S. citizens and non-citizens who are lawfully present in the country.
11. After I arrived at the laundromat, I learned that my customers were so frightened that day, November 16, 2025, by what the federal agents were doing that some left behind their clothes in the washers and dryers and did not return to pick them up.
12. Because people were so afraid, I offered my customers that our staff would go to their homes to pick up and deliver their laundry.
13. I received several calls to do laundry pickups. People were afraid to open the door, and some customers did not want to risk coming out. This included customers who were U.S.

citizens and were afraid that, because of their ethnicity or country of origin, despite their citizenship, they would be arrested.

14. In the laundromat business, customers usually spend one to two hours doing their laundry. Because people were so afraid of the federal immigration agents, far fewer people frequented my business starting on November 16, 2025. This goes for customers who are U.S. citizens as well. Like me, my customers felt targeted simply because they looked like immigrants. This had a significant impact on my business and staff, who are all citizens, but express fear about being arrested just because they are Latino. This impact on my business and staff continues to this day.

15. On November 16, 2025, and in the days to follow, I have seen people who looked to be Latino being stopped and arrested by federal agents. For example, this image below is an accurate and unaltered photo I took of an older man being arrested by federal agents close to my laundromat during Operation Charlotte's Web.



16. When I witnessed people being detained by immigration agents, I never saw the agents give or show any warrants or other papers to the people they stopped.

17. Even though I am a U.S. citizen, I am now afraid of being stopped and possibly arrested based on the color of my skin. I know from speaking with my customers and other business owners in the El Mariachi shopping center that many people are also afraid of being stopped and arrested based on their appearance alone.

18. I am a notary public. After the November siege, I received a significant increase in the number of requests to notarize power-of-attorney forms from families worried that their family members might be picked up, and that non-arrested family members would need the ability to handle their personal affairs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2026.

9/17/26

David Rebolloso