**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLY WENDER ACEITUNO, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | Civil Action No. 26-146 |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs are six North Carolinians who, pursuant to official U.S. Department of Homeland Security (DHS) policies and practices, have been stopped by DHS agents without reasonable suspicion, in violation of the Fourth Amendment, and arrested by DHS agents without the dual probable cause determinations required by 8 U.S.C. § 1357(a)(2). As explained in more detail in the accompanying memorandum of law, the experiences of the Plaintiffs and putative class members illustrate three clear policies that DHS is carrying out on a wide scale in North Carolina. First, Defendants stop and question individuals in North Carolina—mostly Latino individuals—without reasonable suspicion that the person is in the United States in violation of civil immigration laws. Second, Defendants arrest individuals without a warrant and without probable cause that the person is in the United States in violation of civil immigration laws. Third, Defendants arrest individuals without a warrant and without probable cause that the person is likely to escape before a warrant can be obtained. As a result of Defendants' ongoing enforcement of these unlawful

policies and practices, Plaintiffs and putative class members remain at substantial risk of being unlawfully stopped and arrested.

Accordingly, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2), Plaintiffs respectfully move the Court to certify the Proposed Classes and Subclasses, defined as:

> **Suspicionless Stops Class:** All persons who, since November 1, 2025, have been or will be subject to an investigatory stop for immigration purposes by DHS in North Carolina without reasonable suspicion that the person is in the United States in violation of civil immigration laws.
>
> **Warrantless Arrests Class**: All persons who, since November 1, 2025, have been or will be subject to an arrest by DHS in North Carolina for immigration purposes without a warrant and without a pre-arrest, individualized assessment of probable cause both that the person is in the United States in violation of civil immigration laws and poses an escape risk.
>
> - **Removability Subclass**: All persons who, since November 1, 2025, have been or will be subject to a warrantless arrest for immigration purposes by DHS in North Carolina without probable cause that the person is in the United States in violation of civil immigration laws.
>
> - **Escape Risk Subclass**: All persons who, since November 1, 2025, have been or will be subject to a warrantless arrest for immigration purposes by DHS in North Carolina without probable cause that the person is likely to escape before a warrant can be obtained.

Plaintiffs request that the Court certify the Proposed Classes and Subclasses pursuant to Fed. R. Civ. P. 23(b)(2), appoint Plaintiffs as class representatives, and appoint Plaintiffs' counsel of record as class counsel. In the alternative, Plaintiffs request that the Court provisionally certify the Warrantless Arrests Class and its Subclasses at this time. Plaintiffs are concurrently filing a Motion for Preliminary Injunction and/or Stay of Agency Action seeking preliminary relief on Counts II and III in the concurrently filed Amended Complaint. At minimum, provisional certification of the Warrantless Arrests Class and its Subclasses is warranted so that the Court may issue class-wide preliminary relief.

In support of this Motion, Plaintiffs submit the accompanying brief and exhibits.

Dated: October 1, 2026

Respectfully submitted,

/s/ *Corina Scott*

Corina Scott
NC Bar No. 64573
Kristi Graunke
NC Bar No. 51216
Jaclyn Maffetore
NC Bar No. 50849
**ACLU of North Carolina Legal Foundation**
P.O. Box 28004
Raleigh, NC 27611
cscott@acluofnc.org
kgraunke@acluofnc.org
jmaffetore@acluofnc.org
T: (919) 627-3309

Johanna M. Hickman*
DC Bar No. 981770
Adnan Perwez*
DC Bar No. 90027532
Steven Y. Bressler*
DC Bar No. 482492
Brian Netter*
DC Bar No. 979362
**Democracy Forward Foundation**
P.O. Box 34553
Washington, DC 20043
hhickman@democracyforward.org
aperwez@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org
T: (202) 448-9090

Lucia Goin*
Kathryn Huddleston*
**ACLU Foundation**
**Immigrants' Rights Project**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
lgoin@aclu.org
khuddleston@aclu.org

Oscar Sarabia Roman*
Noelle Smith*
**ACLU Foundation**
**Immigrants' Rights Project**
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
osarabia@aclu.org
nsmith@aclu.org

Jacob H. Sussman
NC Bar No. 31821
**Southern Coalition for Social Justice**
P.O. Box 51280
Durham, NC 27717
jsussman@scsj.org
T: (919) 323-3380 (ext. 129)

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF CONSULTATION

Pursuant to LR 7.1(b), I certify that on September 21, 2026, counsel for Plaintiffs conferred with counsel for Defendants via email to notify them of Plaintiffs' intent to file the instant Motion and to inquire whether the relief sought in this action would be possible without judicial intervention. On September 23, 2026, Defendants indicated that they do not foresee a resolution in this matter without judicial intervention and indicated that they oppose this Motion.

Respectfully submitted this the 1st day of October, 2026.

*/s/ Corina Scott*
Corina Scott
cscott@acluofnc.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will effect service on all counsel of record.

Respectfully submitted this the 1st day of October, 2026.

*/s/ Corina Scott*
Corina Scott
cscott@acluofnc.org

*Counsel for Plaintiffs*