**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-00146-SCR-MTO**

| | | |
|---|---|---|
| **WILLY WENDER ACEITUNO, *et al.*,** *on behalf of themselves and others similarly situated*, | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| **v.** | ) | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,** | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on Defendants' Second Motion for Extension of Time (Doc. No. 44) filed November 5, 2026, and Plaintiffs' opposition memorandum (Doc. No. 45) filed November 6, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the opposition memorandum, and the record, the undersigned will grant in part and deny in part the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' Second Motion for Extension of Time (Document No. 44) is **GRANTED IN PART AND DENIED IN PART**. Defendants shall file a Response to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 36) on or before **November 16, 2026**. Additionally, Defendants shall file an Answer, or otherwise respond to Plaintiffs' Amended Complaint (Doc. No. 35), on or before **November 30, 2026**. Finally,

Defendants shall file a Response to Plaintiffs' Motion to Certify Class (Doc. No. 38) on or before **November 30, 2026**.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Susan C. Rodriguez.

Signed: November 10, 2026

**SO ORDERED**.

Mark T. Odulio
United States Magistrate Judge