**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

ACEITUNO, *et al.*, on behalf of themselves and others similarly situated,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants.*

Civil Action No. 26-146

**UNOPPOSED AMENDED MOTION TO WITHDRAW SPENCER AMDUR AS COUNSEL FOR PLAINTIFFS**

Pursuant to the Court's October 27, 2026 Order, Counsel respectfully re-submit this Motion to withdraw Spencer Amdur as counsel for all Plaintiffs in the above-captioned matter. Plaintiffs have each consented to Mr. Amdur's withdrawal in writing. Mr. Amdur has departed from the ACLU Immigrants' Rights Project for other employment. Plaintiffs continue to be represented by undersigned counsel, including other ACLU counsel, and Mr. Amdur's withdrawal will not prejudice their representation. Counsel for Defendants have indicated that they do not oppose this Motion. A proposed order is attached to this Motion.

Dated: November 12, 2026

Respectfully submitted,


/s/ *Lucia Goin*
Lucia Goin*
Kathryn Huddleston*
**ACLU Foundation Immigrants' Rights Project**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org
lgoin@aclu.org

Johanna M. Hickman*
DC Bar No. 981770
Adnan Perwez*
DC Bar No. 90027532
Steven Y. Bressler*
DC Bar No. 482492
Brian Netter*
DC Bar No. 979362
**Democracy Forward Foundation**
P.O. Box 34553
Washington, DC 20043
hhickman@democracyforward.org
aperwez@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org
T: (202) 448-9090

Kristi Graunke
NC Bar No. 51612
Corina Scott
NC Bar No. 64573
Jaclyn Maffetore
NC Bar No. 50849
**ACLU of North Carolina Legal Foundation**
P.O. Box 28004
Raleigh, NC 27611
kgraunke@acluofnc.org
cscott@acluofnc.org
jmaffetore@acluofnc.org
T (Graunke): (919) 354-5066

Oscar Sarabia Roman*
Noelle Smith*
**ACLU Foundation Immigrants' Rights Project**
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
samdur@aclu.org
osarabia@aclu.org

Jacob H. Sussman
NC Bar No. 31821
**Southern Coalition for Social Justice**
P.O. Box 51280
Durham, NC 27717
jsussman@scsj.org
T: (919) 323-3380 (ext. 129)


* Admitted *pro hac vice*