IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CV146-SCR-MTO

| | |
|---|---|
| WILLY WENDER ACEITUNO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | |

**MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The United States moves under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure to continue the hearing this Court set yesterday on Plaintiffs' motion for preliminary injunction. This Court has set the hearing for December 21, 2026, and the United States asks this Court to continue the hearing for the following reasons.

1. More than seven months after Plaintiffs filed their complaint, on October 1, Plaintiffs filed a motion for preliminary injunction. The United States filed its response to Plaintiffs' motion on November 16. Plaintiffs filed their reply to the United States' response yesterday, November 23.

2. In its order, entered yesterday, this Court calendared a hearing on Plaintiffs' motion for preliminary injunction on Monday, December 21, 2026, at 10:00 a.m.

3. On the day before the scheduled hearing, December 20, the undersigned and her family are going out of state for a long-planned holiday trip. This trip includes non-refundable travel expenses and required the coordination of work and leave schedules of the undersigned's children and their partners.. Because of this important commitment, the United States asks this Court to continue the preliminary-injunction hearing.

4. Plaintiffs' counsel consents to this continuance, so long as the hearing is calendared no more than 30 days from December 21.

5. If this Court grants the United States' motion to continue the hearing date, the parties respectfully propose the following dates: December 14 or 16; January 6, 7, 11, 12, 13, 14, or 20.

Respectfully submitted this 24th day of November, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/AMY E. RAY
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Telephone: (828) 271-4661
E-mail: Amy.Ray@usdoj.gov